tor of John Nolan, deceased, against the People of the State of New York. No opinion. Motion to dismiss appeal granted, without costs. See, also, 142 App. Div. 912, 126 N. Y. Supp. 1137.

In re MALONE. LAW v. PEOPLE. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) In the matter of the judicial settlement of the account of proceedings of Owen J. Malone, as administrator, etc., of Catharine Grimes, deceased. In the matter of the kinship of Frederick W. Law, as executor of John Nolan, deceased, against the People of the State of New York. No opinion. Motion for reargument denied. See, also, 142 App. Div. 912, 126 N. Y. Supp. 1137.

MANERI v. JOLINE et al. (Supreme Court, Appellate Division, First Department. June 16, 1911.) Appeal from Trial Term, New York County. Action by Tony Maneri, as administrator, against Adrian H. Joline and another, as receivers. From a judgment for plaintiff, entered on the verdict of a jury, and from an order denying a new trial, defendants appeal. Reversed, and new trial ordered. Walter Henry Wood, for appellants. Ralph G. Barclay, for respondent.

PER CURIAM. The judgment should be reversed, and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the finding of the jury that the defendants were guilty of negligence is against the evidence.

MANGOLD, Respondent, v. BURKARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Katherina Mangold against Stephen Burkard and another. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) In the matter of the application of the City of New York relative to acquiring title to lands, etc., for the use of Manhattan Bridge, etc. Selma Rosenberg, owner of damage parcel No. 47, appeals. No opinion. Order affirmed, with $10 costs and disbursements.

In re MANHATTAN TERMINAL IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March, 1911.) In the matter of the application of the City of New York relative to acquiring title to certain real estate, etc., for the Manhattan Terminal of the New York and Brooklyn Bridge. Motion to confirm the report of a referee.

PER CURIAM. The referee's report is confirmed. We think, however, that the order should specify the persons to whom the money is to be paid and the amount to be paid to each person. If the mortgages have been satisfied, that fact should appear, and the balance payable to the petitioner be stated. Motion to confirm

report granted. Settle order on notice. See, also, 128 N. Y. Supp. 1118.

MANNING, Respondent, v. REIS CIRCUIT CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by Charlotte Manning against the Reis Circuit Company. No opinion. Judgment and order unanimously affirmed, with costs.

MARKOW v. NORTH CENTRAL REALTY CO. et al. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Morris Markow against the North Central Realty Company, impleaded with others. No opinion. Motion denied, without costs. Order filed.

In re MARX. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Harry S. Marx for admission to the bar. No opinion. Application granted.

MASON, Respondent, v. JAYNE et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Actions by Herbert C. Mason against Andrew F. Jayne and another. No opinions. Motions granted, without costs. See, also, 129 N. Y. Supp. 1135.

MATHEWS, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Daniel C. Mathews, as administrator, etc., against Mary E. Wieting Johnson. No opinion. Judgment and order affirmed, with costs.

MAWHINNEY, Respondent, v. WOLF, Appellant. (Supreme Court Appellate Division, Second Department. July 27, 1911.) Action by George S. Mawhinney against Abraham Wolf. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MAYER. (Supreme Court, Appellate Division, Second Department. June 28, 1911.) In the matter of the application of Joseph L. Mayer for admission to the bar. No opinion. Application granted.

MAYER v. PENFIELD. SWEENEY v. DOUGLAS COPPER CO. FLOREA v. KRAMER. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Actions by Oscar I. Mayer against William W. Penfield, by William J. Sweeney against the Douglas Copper Company, and by Morris Florea against Harry Kramer. No opinions. Applications granted. Orders signed.

MAZZOLI v. ZIEGFELD. (Supreme Court, Appellate Term. June 29, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Tomaso Mazzoli against Florence Ziegfeld. From a judgment for defendant, rendered in the Municipal Court of the city of New York, borough of Manhattan, after a trial by the court sitting without a jury, plain-